FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2021

No. 04-20-00311-CV

Margaret Fay **GUIDRY**,
Appellant

v.

Edward James **GUIDRY**, Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
James L. Rex, Judge Presiding

# O R D E R

The Appellant's Motion to Clarify Denial of Motion to Stay Judgment is herby DENIED.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court